**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| WEBSTER SALASKER LUCAS, | NO. CV 21-8996 AS |
|---|---|
| Petitioner, | **JUDGMENT** |
| v. | |
| ATTORNEY GENERAL, | |
| Respondent. | |

Pursuant to the Memorandum Decision and Order Dismissing the Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

Dated: February 8, 2022

```
                              /s/
                    _____
                         ALKA SAGAR
                 UNITED STATES MAGISTRATE JUDGE
```